**ALAMEDA et al. v. PARAFFINE COMPANIES, Inc., et al. and four other cases.**

**Nos. 26737–R, 26756–H, 26759–R, 26777–G, 26781–G.**

District Court, N. D. California, S. D.

Nov. 24, 1947.

Gladstein, Anderson, Sawyer & Resner, of San Francisco, Cal., for plaintiffs.

Brobeck, Phleger & Harrison, of San Francisco, Cal., for defendants.

Before ROCHE, GOODMAN, and HARRIS, District Judges.

PER CURIAM.

It is ordered that the motions of the above-named defendants to dismiss the complaints of the plaintiffs herein be and the same hereby are granted and said complaints are hereby dismissed by reason of the lack of jurisdiction of the United States District Court over such actions. Portal-to-Portal Act of 1947, Section 2(a) (b) (c) and (d), Chapter 52, Public Law 49, 29 U.S.C.A. § 252(a–d); Federal Rules of Civil Procedure, Rule 12(b), 28 U.S.C.A. following section 723c; Burfeind v. Eagle-Picher Co. of Texas, D.C.N.D. Texas, May 21, 1947, 71 F.Supp. 929; Boehle v. Electro Metallurgical Co., D.C.Oregon, June 9, 1947, 72 F.Supp. 21; Story v. Todd Houston Shipbuilding Corporation, D.C.S. D.Texas, July 17, 1947, 72 F.Supp. 690; Cochran v. St. Paul & Tacoma Lumber Co., D.C.W.D.Wash., May 26, 1947, 73 F.Supp. 288; Fajack v. Cleveland Graphite Co., D.C.N.D.Ohio, July 23, 1947, 73 F.Supp. 308; Lasater v. Hercules Powder Co., D.C.E.D.Tenn., July 25, 1947, 73 F.Supp. 264; Bartels v. Sperti, D.C.S.D.N.Y., Sept. 2, 1947, 73 F.Supp. 751; Holland v. General Motors Corporation, D.C.W.D.N.Y., Sept. 4, 1947, 75 F.Supp. 274.